UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) CR. NO. 15-10149-RWZ
)
ISMAEL VASQUEZ )

DEFENDANT, ISMAEL VASQUEZ, MOTION
TO BE RELEASED ON CONDITIONS

NOW COMES the defendant, ISMAEL VASQUEZ, by and through his counsel, and requests this Court to release him on all statutory conditions as well as the enclosed special conditions which are sufficient to assure his appearance in court as required and to insure the safety of the community. See 18 U.S.C. §3142(f). The proposed special conditions are restrictive and thereby adequate to overcome the presumption of detention applicable for this type of case. See 18 U.S.C. §3142(e).

I   NATURE OF THE ALLEGED OFFENSE

Mr. Vasquez has been charged in a single count indictment along with 7 other persons with conspiracy to distribute cocaine base, cocaine and heroin. The case is one of several brought by the government in their efforts to eradicate a Boston street gang known as the "Columbia Point Dawgs". The government submitted a 27 page affidavit from FBI Special Agent Matthew C. Knight in seeking detention setting particulars of 48 persons arrested in connection with these efforts. The affidavit contains a single reference to Ismael Vasquez on page 18 asserting that he along with 3 others were distributing heroin and cocaine for a Ileana Valdez and a Elvis Pena.

The government has provided extensive and complex discovery in this case. The Court has issued a protective order concerning the discovery binding both counsel and the defendant in how that material may be disclosed. In consort with the intent of that order, Mr. Vasquez submits that the government did not seek to tap his telephone; he does not own a car so no efforts regarding him and any tracker for such were sought; no warrant was obtained to search his home. In fact when he was arrested at his home he granted consent for a search but the officer found no need to conduct a search. The presentation by the government at best would assert that he acted on several occasions as a "runner". There is no assertion of any involvement in the street gang.

## 11    THE BACKGROUND OF MR. VASQUEZ

The defendant is 49 years old and has spent his entire life in the Boston area. He has lived for the past 14 years in the same apartment at Columbia Point, now know as the Harbor Point Apartments. He and his wife have raised three children in that complex, daughter Leslie age 22, daughter Jenny age 21 and the youngest, Ismael, a son, age 11. The defendant is close to all three children, particularly his son. He has, up until his arrest on this case, been the support for his son bringing him to and from school each day. He also does the food shopping for the family and assists his son with his school work.

In residing at the complex, Mr. Vasquez has not had any issues arise with management. In the attached letter from the Harbor Point Community Task Force, Inc. (Exhibit 1), they state that Mr. Vasquez is a legal resident of that complex and has the right to return to his apartment to reside. A renew lease (attached as Exhibit 2) has

also been signed by Mr. Vasquez while he has been detained at Plymouth and is for the year beginning in October 2015.

There is no convictions on the criminal record of Mr. Vasquez since 1995, now 20 years. The entry for the complaint out of the South Boston District Court dealt with his oldest daughter, Leslie, who was living with he and his wife in 2012. The matters were all dismissed at the request of his daughter within a short time of being filed.

Mr. Vasquez has worked part time as a laborer over the years to help support his family. In 2013 he found summer work at Marina Bay as a cook. He immediately notified the complex management that he was working and then he and his wife paid market rent for the time he was employed at Marina Bay. His wife does not work.

## III  PROPOSED CONDITIONS OF RELEASE

As a life time resident of Boston with strong family ties, Mr. Vasquez poses no risk of flight. Additionally the Government cannot sustain the burden of showing by clear and convincing evidence that Mr.Vasquez is a danger to the community, particularly considering the proposed release plan.

The defendant submits that in addition to the standard conditions for release the following special conditions be imposed by the court for his release:

1. That he reside with his wife and son at unit 234-198 within the Harbor Point Community;

2. That he is subject to electronic monitoring at the residence and may not leave the residence during the hours of 8:00PM till 6:30 AM each day;

3. That there will be a functioning landline telephone at that unit with all features compatible with electronic monitoring;

4. The defendant shall seek part time employment so that he may still help his son and wife;

5. No contact with any co-defendant in this case either direct or indirect.

WHEREFORE: Ismael Vasquez respectfully requests this Honorable Court to:

1. Conduct a hearing on this motion:

2. Release him on such conditions as the Court deems just and appropriate.

Dated: 21 September 2015

Respectfully submitted
ISMAEL VASQUEZ
by his attorney,

/s/ Stanley W. Norkunas
Stanley W. Norkunas
11 Kearney Sq
Lowell, MA. 01852
(978) 454-7465

CERTIFICATION OF SERVICE

I hereby certify that a copy of the within Motion for Release on Conditions was served on the clerk's office all counsel of record by filing the same this 21st day of September using the court's ECF system.

/s/ Stanley W. Norkunas
Stanley W. Norkunas

# HARBOR POINT
# COMMUNITY TASK FORCE Inc.

2015 - 2016

*Office of the Chairman*

August 3, 2015

**Subject :** Letter indicating legal residency, of Ismael Vazquez, in the Harbor Point Apartments Complex.

To whom it may concern

Mr. Ismael Vazquez is currently a legal resident, indicated on the lease agreement, of Harbor Point on the Bay, for the apartment he occupies with his family at 96 North Point Dr.. As a legal resident, Mr. Ismael Vazquez, has not been trespassed from the premises.

If there is a need for further clarification, please do not hesitate to contact my office at your convenience.

Sincerely

Orlando Perilla, Chairman & CEO, HPCTF Inc.

HARBOR·POINT
*Boston's Choice Waterfront Apartment Community*

**Harbor Point Community Task Force Inc.**
"A Harbor Point Apartments Company Co-Owner"
One North Point Drive, Boston, MA 02125
Tel (617) 288-5701

| Owner's Certification of Compliance with HUD's Tenant Eligibility and Rent Procedures | U.S. Department of Housing And Urban Development Office of Housing Federal Housing Commissioner | NOT for submission to the Federal Government Landlord's Official Record of Certification OMB Approval Number 2502-0204 |
|---|---|---|

### Section A. Acknowledgements

Read this before you complete and sign this form HUD-50059

**Public Reporting Burden.** The reporting burden for this collection of information is estimated to average 55 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information including suggestions for reducing this burden, to the Office of Management and Budget, Paperwork Reduction Project (2502-0204), Washington, DC 20503. The information is being collected by HUD to determine an applicant's eligibility, the recommended unit size, and the amount the tenant (s) must pay toward rent and utilities. HUD uses this information to assist in managing certain HUD properties, to protect the Government's financial interest, and to verify the accuracy of the information furnished. HUD or a Public Housing Authority (PHA) may conduct a computer match to verify the information you provide. This information may be released in accordance with HUD's Computer Matching Agreement (CMA) between the Social Security Administration and the Department of Health and Human Services. You must provide all of the information requested, including the Social Security Numbers (SSNs), unless exempted by 24 CFR 5.216, you, and all other household members, have and use. Giving the SSNs of all household members, unless exempted by 24 CFR 5.216, is mandatory; not providing the SSNs will affect your eligibility approval. Failure to provide any information may result in a delay or rejection of your eligibility approval.

**Privacy Act Statement.** The Department of Housing and Urban Development (HUD) is authorized to collect this information by the U.S. Housing Act of 1937, as amended (42 U.S.C. 1437 et. seq.); the Housing and Urban-Rural Recovery Act of 1983 (P.L. 98-181); the Housing and Community Development Technical Amendments of 1984 (P.L. 98-479); and by the Housing and Community Development Act of 1987 (42 U.S.C. 3543).

**Tenant(s)' Certification -** I/We certify that the information in Sections C, D, and E of this form are true and complete to the best of my/our knowledge and belief. I/We understand that I/we can be fined up to $10,000, or imprisoned up to five years, or lose the subsidy HUD pays and have my/our rent increased, if I/we furnish false or incomplete information.

**Owner's Certification -** I certify that this Tenant's eligibility, rent and assistance payments have been computed in accordance with HUD's regulations and administrative procedures and that all required verifications were obtained.

**Warning to Owners and Tenants.** By signing this form, you are indicating that you have read the above Privacy Act Statement and are agreeing with the applicable Certification.

**False Claim Statement.** Warning: U.S. Code, Title 31, Section 3729, False Claims, provides a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages for any person who knowingly presents, or causes to be presented, a false or fraudulent claim; or who knowingly makes, or caused to be used, a false record or statement; or conspires to defraud the Government by getting a false or fraudulent claim allowed or paid.

### Certification Summary from Page 2

| Name of Project | Unit Number | Effective Date | Certification Type |
|---|---|---|---|
| Harbor Point Apartments Co | 23-198 | 10/1/2014 | AR |

| Head of Household | Total Tenant Payment | Assistance Payment | Tenant Rent |
|---|---|---|---|
| RODRIGUEZ, MARIBEL | $511 | $1,656 | $413 |

### Tenant Signatures

| | Date | Other Adult | Date |
|---|---|---|---|
| Head of Household *[signed]* | 9/8/14 | | |
| Spouse/Co-Head *[signed]* | 9/9/14 | Other Adult | Date |
| Other Adult *[signed]* | Sept 14 | Other Adult | Date |
| Other Adult *[signed]* | Date | Other Adult | Date |
| Other Adult | Date | Other Adult | Date |
| Other Adult | Date | Other Adult | Date |
| Other Adult | Date | Other Adult | Date |

### Owner/Agent Signature

| Owner/Agent *[signed]* | Date 9/9/14 |
|---|---|
| ☐ Check this box if Tenant is unable to sign for a legitimate reason | Anticipated Voucher Date 10/1/2014 |

Previous versions of this form are obsolete.  
This form also replaces HUD-50059-D,-E,-F,&-G.

Page 1 of 2

form HUD-50059 (03/2011)  
HB 4350.3 Rev 1